PAUL M. WARNER, United States Attorney (#3389)
ROBERT C. LUNNEN, Assistant United States Attorney (#4620)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah  84111
Telephone:  (801) 524-5682

FILED
U.S. DISTRICT COURT

2005 MAR 24  P 3: 18

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO: |
|  | : |  |
| Plaintiff, | : | MISDEMEANOR INFORMATION |
| vs. |  |  |
|  |  | VIO. 18 U. S. C. § 43 (a)(2), (Animal Enterprise Terrorism); 18 U. S. C. § 2, (Aiding and Abetting) |
| JASON HALL, |  |  |
| Defendant. |  |  |

Judge Brooke C. Wells
DECK TYPE: MAG – Misd DIRECT Assign
DATE STAMP: 03/24/2005 @ 16:12:13
CASE NUMBER:  2:05CR00195

The United States Attorney charges:

## COUNT I

## (18 U.S.C. § 43 (a)(2))

On or about May 16, 2004, in the Central Division of the District of Utah,

JASON HALL,

the defendant herein, aided and abetted by another, did knowingly and intentionally damage or

cause loss to property used by an animal enterprise, that is, the Ellsworth Farm Animal

Husbandry Facility located at Brigham Young University, all in violation of 18 U.S.C. § 43 (a)(2)

and 18 U.S.C. § 2.

DATED this the _22nd_ day of March, 2005.

PAUL M. WARNER
United States Attorney

ROBERT C. LUNNEN
Assistant United States Attorney

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)

District of Utah, Central Division

Salt Lake City, Utah 84101

Name and Office of Person Furnishing Information on THIS FORM

U.S. Attorney's Office, Paul M. Warner
☒ U.S. Att'y          ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    Robert Lunnen

### DEFENDANT – U.S. vs.

Jason Hall

FILED
U.S. DISTRICT COURT

Address   469 North 200 East
Lindon, Utah 84042   2005 MAR 24  P 3: 18

Birth Date

DISTRI☒ ☒ ☐ UTAH   ☐ Alien
Male  Female  (if applicable)

Social Security Number

BY: _____
DEPUTY CLERK

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
FBI, Special Agent Steve Fillerup

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40 . Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this is prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under ►

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense   Ellsworth Farm Animal Husbandry
☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ►
Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ▷

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED – U.S.C. CITATION -- STATUTORY MAXIMUM PENALTIES -- ADDITIONAL INFORMATION OR COMMENTS

Please issue Summons to above-referenced address.

Judge Brooke C. Wells
DECK TYPE: MAG - Misd DIRECT Assign
DATE STAMP: 03/24/2005 @ 16:12:13
CASE NUMBER: 2:05CR00195

This form was electronically produced by Elite Federal Forms, Inc. - mod HI (1 1/00)