JEREMY M. DELICINO - 9959
Attorney for Defendant
10 West Broadway, Suite 650
Salt Lake City, Utah 84101
Telephone: (801) 364-6474
Facsimile: (801) 364-5014

FILED
U.S. DISTRICT COURT

2005 AUG 30 P 2: 16

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **RESPONSE TO PRE-SENTENCE** |
| **Plaintiff,** | | **REPORT** |
| | : | |
| **v.** | | |
| | : | **Case No. 2:05-CR-00195-001 BW** |
| **JASON HALL** | | |
| | : | |
| **Defendant.** | | |

Pursuant to Rule 310 of the Rules of Practice for the United States District Court for the

District of Utah, the defendant has no objection to the guideline calculation and factors described

in the pre-sentence report.

DATED this 29th day of August, 2005.

JEREMY M. DELICINO
Attorney at Law

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was mailed/hand delivered to the following on this 29 day of August, 2005.

Assistant United States Attorney
185 South State Street, Suite 400
Salt Lake City, Utah 84111

U.S. Probation and Pretrial Services
478 United States Courthouse
350 South Main Street
Salt Lake City, Utah 84101