PAUL M. WARNER, United States Attorney (#3389)
ROBERT C. LUNNEN, Assistant United States Attorney (#4620)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah  84111
Telephone:  (801) 524-5682

FILED
U.S. DISTRICT COURT

2005 AUG 31  P 3: 55

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No.  2:05-CR-0195-001-BW |
| Plaintiff, | : | GOVERNMENT'S POSITION WITH RESPECT TO SENTENCING |
| vs. | : | FACTORS |
| JASON HALL | : | Magistrate Judge Brooke C. Wells |
| Defendant. | | |

The United States, by and through the undersigned Assistant United States Attorney

hereby submits its position with respect to sentencing factors in the above-captioned case.

The United States reviewed a copy of the Pre-sentence Report prepared by Jeff

Rosenlund, U.S. Probation Officer and has no objection to either the guideline range or criminal

history calculations, nor does the United States object to the factual information reported therein.

DATED this ___31st___ day of ___August___, 2005.

PAUL M. WARNER
United States Attorney


ROBERT C. LUNNEN
Assistant United States Attorney

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office for the District of Utah, and that a copy of the foregoing GOVERNMENT'S POSITION WITH RESPECT TO SENTENCING FACTORS was mailed, postage prepaid to all parties named below, this *31st* of August, 2005.

Jeremy Delicino
Attorney for Jason Hall
10 West Broadway, Suite 650
Salt Lake City, Utah 84101