# United States District Court
## District of Utah

FILED
DISTRICT COURT
2005 OCT -3 P 3: 22
DISTRICT OF UTAH
BY:_____ DEPUTY CLERK

**UNITED STATES OF AMERICA**

**vs.**

**Jason Hall**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number:    **2:05CR195BCW**

Plaintiff Attorney:    **Robert C. Lunnen**

Defendant Attorney:    **Jeremy Delicino**

**Atty: CJA ✖ Ret ___ FPD ___**

Defendant's Soc. Sec. No.:  **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**

Defendant's Date of Birth:  **December 23, 1984**

Defendant's USM No.:  **None**

Defendant's Residence Address:

578 East 650 North

Orem, UT 84097

Country  USA

**9/26/05**
Date of Imposition of Sentence

Defendant's Mailing Address:

578 East 650 North

Orem, UT 84097

Country    USA

THE DEFENDANT:

**COP**    **July 18,**    Verdict _____

☒ pleaded guilty to count(s)    **1 of the Misdemeanor Information**

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC §43(a)(2) | Animal Enterprise Terrorism | 1 |

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

## SENTENCE

Pursuant to the Sentencing Reform Act of 1984, it is the judgment and order of the Court that the defendant be committed to the custody of the United States Bureau of Prisons for a term of

Upon release from confinement, the defendant shall be placed on supervised release for a term of

☒    The defendant is placed on Probation for a period of  __24 months__ .
The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*
The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant possesses a low risk of future substance abuse. (Check if applicable.)

## SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION

In addition to all Standard Conditions of (Supervised Release or Probation) set forth in PROBATION FORM 7A, the following Special Conditions are imposed: (see attachment if necessary)

1.  The defendant shall maintain full-time verifiable employment or participate in academic or vocational development throughout the term of supervision as deemed appropriate by the probation office.

2.  The defendant will submit to drug/alcohol testing as directed by the probation office. If testing reveals illegal drug use or excessive and/or illegal consumption of alcohol such as alcohol-related criminal or traffic offenses, the defendant shall participate in drug and/or alcohol abuse treatment under a copayment plan as directed by the United States Probation Office and shall not possess or consume alcohol during the course of treatment, nor frequent businesses where alcohol is the chief item of order.

3.  The defendant shall not have an association with groups that advocate violence.

## CRIMINAL MONETARY PENALTIES

### FINE

The defendant shall pay a fine in the amount of  $ __500.00__ , payable as follows:
☐ forthwith.

☐ in accordance with the Bureau of Prison's Financial Responsibility Program while incarcerated and thereafter pursuant to a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.

☐ in accordance with a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.

☒ other:
**to be paid within 24 months**

☐ The defendant shall pay interest on any fine more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).

☐ The court determines that the defendant does not have the ability to pay interest and pursuant to 18 U.S.C. § 3612(f)(3), **it is ordered that:**

☐ The interest requirement is waived.

☐ The interest requirement is modified as follows:

## RESTITUTION

**The defendant shall make restitution to the following payees in the amounts listed below:**

| **Name and Address of Payee** | **Amount of Loss** | **Amount of Restitution Ordered** |
|---|---|---|
| Brigham Young University<br>Physical Facilities Division, Attn: Roy Peterman<br>122 Thomas House<br>Provo, UT 84602-1008 | $1825.00 | $1825.00 |
| Totals: $    **$1825.00**   $ | | **$1825.00** |

(*See* attachment if necessary.) All restitution payments must be made through the Clerk of Court, unless directed otherwise. If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless otherwise specified.

☒ Restitution is payable as follows:

☐ in accordance with a schedule established by the U.S. Probation Office, based upon the defendant's ability to pay and with the approval of the court.

☒ other:
**Shall be payable at a minimum rate of $75.00 per month**

☐ The defendant having been convicted of an offense described in 18 U.S.C. § 3663A(c) and committed on or after 04/25/1996, determination of mandatory restitution is continued until _____ pursuant to 18 U.S.C. § 3664(d)(5)(not to exceed 90 days after sentencing).
☐ An Amended Judgment in a Criminal Case will be entered after such determination

### SPECIAL ASSESSMENT

The defendant shall pay a special assessment in the amount of $ **25.00** , payable as follows:
☒ forthwith.

☐ _____

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid

## PRESENTENCE REPORT/OBJECTIONS

The court adopts the factual findings and guidelines application recommended in the presentence report except as otherwise stated in open court.

## DEPARTURE

The Court does not grant the Motion for Departure pursuant to 18 U.S.C. 3553(c)(2), the Court enters its reasons for departure:

## RECOMMENDATION

☐ Pursuant to 18 U.S.C. § 3621(b)(4), the Court makes the following recommendations to the Bureau of Prisons:

_____

## CUSTODY/SURRENDER

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal    for this district at
_____ on _____ .

☐ The defendant shall report to the institution designated by the Bureau of Prisons   by
_____ Institution's local time, on _____ .

DATE: ___9/26/05___                _Brooke C. Well_

**Brooke C. Wells**
**United States Magistrate Judge**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By _____

Deputy U.S. Marshal